# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**　　　　　　　　　　CRIMINAL ACTION

**VERSUS**

**JOHNNY D. STOKES**　　　　　　　　　　NO.: 3:10-cr-00108-BAJ-RLB

## RULING AND ORDER

Before the Court is Petitioner's *pro se* petition for habeas corpus under 28 U.S.C. § 2255 (Doc. 54). The Magistrate Judge has issued a Report and Recommendation (Doc. 71), recommending that Petitioner's petition be denied, (*id.* at p. 16). Petitioner did not file objections to the Magistrate Judge's Report.

Having independently considered Petitioner's **PETITION (Doc. 54)** and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT AND RECOMMENDATION (Doc. 71),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Petitioner's § 2255 Petition (Doc. 54) is **DISMISSED WITH PREJUDICE** for the reasons explained in the Magistrate Judge's Report and Recommendation (Doc. 71).

Baton Rouge, Louisiana, this 6th day of December, 2013.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　**BRIAN A. JACKSON, CHIEF JUDGE**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**
　　　　　　　　　　　　　　　　　　**MIDDLE DISTRICT OF LOUISIANA**